1  Eric J. Bakewell (SBN 241529)
    EJBakewell@Venable.com
2  Melissa C. McLaughlin (SBN 273619)
    MCMclaughlin@Venable.com
3  Matthew J. Busch (SBN 307396)
    MJBusch@Venable.com
4  **VENABLE LLP**
   2049 Century Park East, Suite 2300
5  Los Angeles, California 90067
   Telephone: (310) 229-9900
6  Facsimile: (310) 229-9901

7  Attorneys for Plaintiff
8  Academy of Television Arts & Sciences

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11

12  ACADEMY OF TELEVISION ARTS & | Case No.: 2:20-CV-6272-CBM-AGR
    SCIENCES, a California nonprofit
13  corporation,                    | **STIPULATION FOR: (1) ENTRY OF**
                                     | **PERMANENT INJUNCTION; AND**
14                        Plaintiff, | **(2) DISMISSAL WITH PREJUDICE**
               v.
15                                   | Action Filed: July 14, 2020
    JULIEN'S AUCTIONS LLC, a
16  Delaware limited liability company; and
    DOES 1 through 10,
17
                          Defendants.
18

19

20

21

22

23

24

25

26

27

28

*VENABLE LLP*
*2049 CENTURY PARK EAST, SUITE 2300*
*LOS ANGELES, CA  90067*
*310-229-9900*

STIPULATION RE PERMANENT INJUNCTION AND DISMISSAL

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    Plaintiff Academy of Television Arts & Sciences ("ATAS") and Defendant

2    Julien's Auctions ("Julien's") (collectively, the "Parties"), through their

3    undersigned attorneys, hereby stipulate as follows:

4        1.    WHEREAS, on July 14, 2020, ATAS commenced the above-

5    captioned case asserting claims for copyright infringement, conversion, replevin,

6    and declaratory relief challenging Julien's then pending auction of four Emmy

7    Award statuettes awarded to Valerie Harper in 1971, 1972, 1973, and 1975

8    recognizing her work as an actress portraying the character Rhoda Morgenstern on

9    the television shows *The Mary Tyler Moore Show* and *Rhoda* (the "Harper

10   Statuettes");

11       2.    WHEREAS, on July 16, 2020, the Court entered a Temporary

12   Restraining Order (Dkt. No. 18) enjoining the sale, auction, or transfer of the

13   Harper Statuettes;

14       3.    WHEREAS, on July 23, 2020, the Court issued an Order: (a)

15   converting the Temporary Restraining Order regarding the Harper Statuettes into a

16   Preliminary Injunction; and (b) waiving any bond requirement (including the

17   requirement imposed by the Court as part of its Order granting ATAS's request for

18   Temporary Restraining Order); and

19       4.    WHEREAS, the Parties have resolved this litigation through the terms

20   of a written agreement (the "Agreement"), which calls for a Stipulation for: (a)

21   conversion of the Preliminary Injunction entered by the Court on July 23, 2020

22   into a Permanent Injunction; (b) entry of a Permanent Injunction; (c) dismissal of

23   the action with prejudice upon entry of the Permanent Injunction; and (d) retention

24   of jurisdiction by the Court presiding over the action to enforce the terms of the

25   Agreement and the Permanent Injunction.

26       5.    NOW, THEREFORE, the Parties hereby stipulate and agree to entry

27   of the accompanying Order with the following terms:

28

1

## PERMANENT INJUNCTION

6.      The Preliminary Injunction granted by the Court on July 23, 2020 (Dkt. No. 24) relating to the sale, auction, or transfer of the Harper Statuettes is converted to a Permanent Injunction.

7.      Julien's and its officers, agents, servants, employees, attorneys, and all those working in concert with Julien's are permanently enjoined from reproducing, distributing, displaying, promoting, offering for sale, selling, auctioning, advertising, or otherwise transferring the Harper Statuettes.

## EXONERATION OF POSTED BOND

8.      Julien's waives and releases any and all claims to the bond in the amount of $15,000 posted by ATAS on July 20, 2020 (Dkt. No. 23) (the "Bond"). Additionally, the Bond is exonerated.

## DISMISSAL WITH PREJUDICE

9.      The Court shall dismiss the action with prejudice upon entry of a Permanent Injunction with each party to bear its own costs and attorneys' fees.

## RETENTION OF JURISDICTION

10.      The Court shall retain jurisdiction of this matter to enforce the terms of the Parties' Agreement and the Permanent Injunction.

IT IS SO STIPULATED.

Dated:  December 2, 2020

VENABLE LLP

By:    /s/ Eric J. Bakewell
      Eric J. Bakewell
      Melissa C. McLaughlin
      Matthew J. Busch
Attorneys for Plaintiff
Academy of Television Arts & Sciences

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

2

STIPULATION RE PERMANENT INJUNCTION AND DISMISSAL

1  Dated:  December 2, 2020          RAINES FELDMAN LLP

2

3                                     By:    /s/ Laith D. Mosely
                                             Miles J. Feldman
                                             Laith D. Mosely
4                                            Robert M. Shore
                                             Nathan M. Carle
5                                     Attorneys for Defendant
                                      Julien's Auctions, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 2, 2020

STIPULATION RE PERMANENT INJUNCTION AND DISMISSAL

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900