Eric J. Bakewell (SBN 241529)
 EJBakewell@Venable.com
Melissa C. McLaughlin (SBN 273619)
 MCMclaughlin@Venable.com
Matthew J. Busch (SBN 307396)
 MJBusch@Venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Plaintiff
Academy of Television Arts & Sciences

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF TELEVISION ARTS & SCIENCES, a California nonprofit corporation,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>JULIEN'S AUCTIONS LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No.: 2:20-CV-06272-CBM-AGRx<br><br>**ORDER FOR: (1) ENTRY OF PERMANENT INJUNCTION; AND (2) DISMISSAL WITH PREJUDICE [JS-6]**<br><br>Action Filed: July 14, 2020 |

[PROPOSED] ORDER

50597235

In consideration of the Stipulation for: (1) Entry of Permanent Injunction; and (2) Dismissal with Prejudice, filed by Plaintiff Academy of Television Arts & Sciences ("ATAS") and Defendant Julien's Auctions, LLC ("Julien's) (collectively, the "Parties"), and for good cause shown, IT IS HEREBY ORDERED that:

1. The Parties' Stipulation (Dkt. No. 32) is approved.

2. The Preliminary Injunction granted by the Court on July 23, 2020 (Dkt. No. 24) relating to the sale, auction, or transfer of the 1971, 1972, 1973, and 1975 Valerie Harper Emmy Statuettes (the "Harper Statuettes") is converted to a Permanent Injunction.

3. Julien's and its officers, agents, servants, employees, attorneys, and all those working in concert with Julien's are permanently enjoined from reproducing, distributing, displaying, promoting, offering for sale, selling, auctioning, advertising, or otherwise transferring the Harper Statuettes.

4. Any and all claims by Julien's to the bond in the amount of $15,000 posted by ATAS on July 20, 2020 (Dkt. No. 23) (the "Bond") are waived and released. Additionally, the Bond is exonerated.

5. This action is dismissed with prejudice upon entry of the Permanent Injunction, with each party to bear its own costs and attorneys' fees.

6. The Court shall retain jurisdiction of this matter to enforce the terms of the settlement agreement between the parties and the Permanent Injunction.

IT IS SO ORDERED.

Dated: DECEMBER 4, 2020

_____
CONSUELO B. MARSHALL
United States District Judge

CC: FISCAL